Filed 01/30/12 Case 11-94324 Doc 29

FILED
January 30, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D29

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Sonia Lopez | **Case No :** | 11-94324 - E - 7 |
| | | **Date :** | 1/25/12 |
| | | **Time :** | 10:00 |
| **Matter :** | [20] - Motion for Relief from Automatic Stay [ADR-1] Filed by Creditor Cyrus E. Amirfar (Fee Paid $176) (svim) | | |
| **Judge :** | Ronald H. Sargis | | |
| **Courtroom Deputy :** | Michelle Peterson | | |
| **Reporter :** | NOT RECORDED | | |
| **Department :** | E | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief from the Automatic Stay having been presented to the court, the case having been previously dismissed, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion is denied as moot.

Dated: January 28, 2012

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court